```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

STEVEN JUDE HOFFENBERG,

                    Petitioner,
                                              00 Civ. 1686 (RWS)
     - against -
                                                 O R D E R
UNITED STATES OF AMERICA,

                    Respondent.
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/10

**Sweet, D.J.,**

        Petitioner's motions dated February 19, 2010 will be heard on submission, without oral argument, on Wednesday, April 14, 2010.

        It is so ordered.

**New York, NY**
**April / , 2010**

                                              ROBERT W. SWEET
                                                 U.S.D.J.